Dismissed and Memorandum Opinion filed July 24, 2008








 

Dismissed
and Memorandum Opinion filed July 24, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NOS. 14-08-00323-CR;

         14-08-00324-CR

____________

 

QUINDARREN TERONNE DAVIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



On Appeal from the
252nd District Court

Jefferson County,
Texas

Trial Court Cause Nos.
87905 & 87318



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 24, 2008.

Panel consists of Justices Yates,
Anderson, and Brown.

Do not publish C Tex.
R. App. P. 47.2(b).